UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUSTIN HUNT,

    Petitioner,

v.                                                              Case No: 5:25-cv-194-WFJ-PRL

WARDEN, FCI COLEMAN LOW,

    Respondent.

_____

## ORDER DISMISSING CASE

    Petitioner initiated this case on March 24, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. Petitioner has failed to pay the required filing fee or file a request to proceed as a pauper within thirty days of the commencement of the case. *See* Doc. 2 at 1–2. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

    Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party